UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>AFI HASAN and DINA HASAN,<br><br><br><br>Debtor(s) | BK No.: 17-04083<br><br>Chapter: 13<br>Honorable Carol Doyle |

**ORDER GRANTING THIRD MOTION OF OF CREDITOR FAKHRI ISA, ET AL., TO EXTEND THE LAST DAY TO FILE COMPLAINTS TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO RULES 4004(b) AND 4007(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 9013-9, AND GRANTING MOTION TO CONDUCT RULE 2004 EXAMINATION**

This cause coming to be heard on the Second Motion of Fakhri Isa, et al., to Extend Time to Object to Dischargeability of Debt Pursuant to Rules 4004(b) and 4007(c) of the Federal Rules of Bankruptcy Procedure and Local Rule 9013-9 (the "Motion") and for an examination of the Debtors pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; due and proper notice of the Motion having been given; the Court having jurisdiction over the Motion; and the Court being fully advised in the premises; IT IS HEREBY ORDERED THAT:

1. The deadline for Fakhri Isa, et al., to object to dischargeability of debt is extended to 21 days following entry of a final order of the state court litigation without prejudice for the Creditors-Movants to seek additional extensions of time.
2. Creditors Fakhri Isa, et. al., are granted leave to conduct a Rule 2004 examination of the Debtors.

Enter: *[signature]*

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: September 26, 2017

**Prepared by:**

/s/ Ann M. Erickson, /s/ Douglas K. Morrison
MORRISON & MIX
120 N. La Salle, Suite 2750
Chicago, Illinois 60602
312-726-0888